■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL BALANTA, Also Known as ANGEL USURIAGA, Appellant. [603 NYS2d 761] —Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J), rendered May 22, 1991, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record reveals that the defendant's plea of guilty was knowingly, intelligently, and voluntarily entered. The defendant having raised no other issues, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Balletta, Eiber and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT BARAKAT, Appellant. [603 NYS2d 765] —Upon the Court's own motion, the unpublished decision and order dated September 13, 1993, is recalled and vacated, and the following decision and order is substituted therefor:

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Friedmann, J.), rendered August 15, 1990.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.